IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00069 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| NICHOLAS PSILLAS | ) | |

## ORDER

The plea hearing currently set in this action for December 30, 2013 at 1:30 p.m. is **RESET** for **January 6, 2014 at 1:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 6th day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court