UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES of AMERICA,       Case No: 3:12-00069
                                Chief Judge Haynes
vs.

NICHOLAS PSILLAS         /

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Comes Now the undersigned counsel for the Defendant Nicholas Psillas and respectfully files this agreed motion requesting this Honorable Court for a continuance of the presently scheduled July 11, 2014 sentencing date. In support the undersigned would show as follows:

1. Mr. Psillas' sentencing hearing is presently scheduled for July 11, 2014.

2. Sentencing had previously been continued from June 13, 2014 when Mr. Psillas needed additional time to comply with the financial requests of the Probation Office. It took longer than expected for Mr. Psillas to provide the probation department with his financial information and the receipt of his information has unfortunately put pressure on the Probation Department to confirm a great deal of information in a short period of time. The undersigned has discussed this matter with USPO Alisha James and she felt it would be in Mr. Psillas' best interest if she had more time to verify information before she completed the pre-sentence report. As a result of his construction company failing back in 2006-2009 and the subsequent bankruptcy, Mr. Psillas and his former corporation Corinthian Homes are on record on a significant number of properties